# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REGINALD BARNETT, #27580-037 | * |
| Plaintiff | * |
| v | *  Civil Action Case No. JFM-11-1549 |
| WARDEN | * |
| Defendant | * |

**MEMORANDUM**

Reginald Barnett has submitted correspondence complaining about inadequate medical care, use of excessive force, and retaliation. The correspondence will be construed as a *Bivens*[1] complaint and the matter will be transferred.

Barnett's claims arise from incidents which allegedly occurred while he was confined at the Federal Correctional Institution Beckley (FCI Beckley) in West Virginia. Barnett has since been transferred to the United States Penitentiary Cannan in Pennsylvania.[2]

Venue is proper in civil actions in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred ... or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

None of the events at issue took place in Maryland. Accordingly, by separate order, the

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] *See* the Bureau of Prisons Inmate Locator. http://www.bop.gov.

case will be transferred to the Southern District of West Virginia[3] for all matters that court deems appropriate.

  June 20, 2011                                                                           /s/
Date                                                                                  J. Frederick Motz
                                                                                          United States District Judge

---

[3] The contact information is: United States District Court, 110 North Heber Street, Room 119, Beckley, WV 25801.